IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| THOMAS TACKETT<br>C/O WARREN LAW FIRM, LLC<br>174 WEST MAIN STREET<br>CHILLICOTHE, OHIO 45601<br><br>(Plaintiff)<br><br>Vs<br><br>ABDULLAHI ALI<br>2910 FRANKLIN AVENUE<br>APARTMENT 1611<br>MINNEAPOLIS, MINNESOTA 55406<br><br>AND<br><br>HABIL TRANSPORTATION LLC<br>C/O BILLIE HASHI<br>310 E 38TH STREET, SUITE 203<br>MINNEAPOLIS, MINNESOTA 55409<br><br>AND<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br>C/O CORPORATION SERVICE<br>COMPANY<br>50 WEST BROAD STREET, SUITE 1330<br>COLUMBUS, OHIO 43215<br><br>(Defendants.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:<br><br><br><br>JUDGE:<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><u>**COMPLAINT FOR DAMAGES AND**</u><br><u>**FOR DECLARATION OF RIGHTS**</u> |

Comes now Plaintiff, Thomas Tackett, and for Complaint states the following:

## **PARTIES**

1. Habil Transportation LLC is a Federal Motor Carrier with its main office in Minneapolis, Minnesota 55409.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Dec 28 4:17 PM-21CV007989
0F750 - X28
Case: 2:22-cv-00213-MRC Doc #: 1-1 Filed: 01/21/22 Page: 2 of 4 PAGEID #: 9

2. Abdullahi Ali is a commercial driver who holds a Commercial Drivers License. Ali is or was an employee or agent of Habil Transportation LLC.

3. Thomas Tackett is a resident of Ross County, Ohio.

### I. NEGLIGENCE, RECKLESS[...]TON BEHAVIOR OF TRUCK ABDULLAHI ALI

4. On or about November 6, 2020, Abdullahi Ali, was driving a 2004 Volvo Boxed Van on US 35 exit ramp, turning onto St. Rt. 159 in Ross County, Ohio.

5. Abdullahi Ali owed a duty of care to the general public and to Thomas Tackett to operate and/or maintain his commercial motor vehicle in a manner that he would not damage others.

6. Abdullahi Ali violated that duty of care by not safely turning left. Ali struck the vehicle driven by Tackett, and disabled that vehicle. Defendant Ali violated O.R.C. 4511.33A1.

### II. STATUTORY VIOLATIONS OF ABDULLAHI ALI

7. Abdullahi Ali violated state and federal statutes and regulations including O.R.C. 4511.33A1.

8. Abdullahi Ali is negligent per se based on these statutory and regulatory violations

### III. VICARIOUS LIABILITY OF HABIL TRANSPORTATION LLC

9. Abdullahi Ali was the employee, agent, servant or independent contractor for Habil Transportation LLC, acting within the course and scope of his duty to Habil Transportation LLC.

10. Habil Transportation LLC is vicariously liable for the acts of Abdullahi Ali stated herein.

### IV. STRICT LIABILITY OF HABIL TRANSPORTATION LLC

11. Abdullahi Ali's legal relationship to Habil Transportation LLC is irrelevant. Habil Transportation LLC is the registered owner of the USDOT Number displayed on the commercial motor vehicle involved in this collision and is therefore responsible for the acts of Abdullahi Ali, as listed under 49C.F.R.390.11.

### V. NEGLIGENCE AND RECKLESS[...]TON BEHAVIOR OF HABIL TRANSPORTATION LLC

12. Habil Transportation LLC had a duty to act reasonably in hiring, training, and supervising Abdullahi Ali.

13. Habil Transportation LLC had a duty to make and enforce rules to ensure Abdullahi Ali did not harm the general public or Thomas Tackett.

14. Habil Transportation LLC had a duty to inspect and maintain its commercial motor vehicle so that it would not harm the general public or Thomas Tackett.

15. Habil Transportation LLC violated these duties and is therefore negligent, reckless, or liable for willful and wanton behavior.

### VI. STATUTORY VIOLATION OF HABIL TRANSPORTATION LLC

16. Habil Transportation LLC violated state and federal rules and regulations including O.R.C. 4511.39 among others.

17. Habil Transportation LLC is negligent per se based on those statutory and regulatory violations.

### VII. DAMAGES

18. Thomas Tackett was damaged when Abdullahi Ali failed to change lanes properly causing a crash. Thomas Tackett has suffered harms and losses including without limitation past and future medical bills, reduced enjoyment of life, physical pain and emotional suffering, and lost wages.

### CAUSATION

19. All of Thomas Tackett's damages, harms and losses were proximately caused by the negligence, recklessness or willful and wanton behavior of Habil Transportation LLC and Abdullahi Ali.

### STATE FARM INSURANCE COMPANY – MED PAY

20. State Farm Insurance Company has made payments or may make payments for medical bills for the benefit of Plaintiff. Pursuant to contract or statute, State Farm Insurance Company may have an interest in this matter.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2021 Dec 28 4:17 PM-21CV007989
Case: 2:22-cv-00213-MRC Doc #: 1-1 Filed: 01/21/22 Page: 28 of 31 PAGEID #: 89
0F750 - X30

## PRAYER FOR RELIEF

Wherefore, for all the foregoing, Thomas Tackett prays for joint and several judgment against defendants Abdullahi Ali and Habil Transportation LLC, in an amount sufficient to compensate him for his damages, harms and losses, and for punitive damages. And for a determination of the rights and responsibilities of State Farm, Insurance Company. And for all other relief just and proper in the premises.

Respectfully Submitted,

/s/Michael Wm Warren
Michael Wm Warren (0074557)
Warren Law Firm, LLC
174 W. Main St.
Chillicothe, Ohio 45601
(740) 774-4357
(866) 503-7887
mwarren@buckeyelegal.com