UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas Tackett,

    Plaintiff,

        v.                                             Case. No. 1:22cv213

Abdullahi Ali,                               Judge Michael R. Barrett

    Defendants.

## ORDER

The Court, upon a review of the record, notes that the above-styled case was erroneously filed in the Southern District of Ohio, Western Division at Cincinnati.

Pursuant to Local Rule 82.1, this case is hereby transferred from the docket of the Honorable Michael R. Barrett to the Office of the Clerk for reassignment to the Eastern Division of the Southern District of Ohio at Columbus.

    **IT IS SO ORDERED.**

                                                                  *S/Michael R. Barrett*
                                                                  Michael R. Barrett
                                                                  United States District Judge